# Court of Appeals
# of the State of Georgia

ATLANTA,___August 24, 2016___

*The Court of Appeals hereby passes the following order:*

**A17D0021. DAVID TYRONE FORDHAM v. GEORGIA DEPARTMENT OF HUMAN RESOURCES EX REL. TIA ROCHELLE COOK.**

In March 2008, David Tyrone Fordham was ordered to pay child support for his minor child pursuant to a final default order. The trial court denied Fordham's motion to set aside the default order and motion for reconsideration of the order denying his motion to set aside the default order.[1] Fordham then filed a second motion to set aside the default order for support, which the trial court denied on June 14, 2016. On August 5, 2016, Fordham filed this application for discretionary appeal. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because this application was filed 52 days after entry of the order being appealed, it is untimely, and we lack jurisdiction to consider it.[2] Accordingly, this

---

[1] Fordham filed a motion for an extension of time to file an application for discretionary appeal from the 2014 order denying his motion for reconsideration of the trial court's denial of his motion to set aside the default order, which this Court denied. See *Fordham v. Dept. of Human Resources*, Case No. A14E0020 (decided April 3, 2014).

[2] In his application, Fordham also seeks discretionary appeal of the trial court's order granting a motion for contempt entered June 7, 2016. Fordham has not provided a copy of such an order with his application. Regardless, Fordham's

application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___08/24/2016___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*

---

application would be untimely as to any June 7, 2016 order.